GEORGE H. FLETCHER et al., Respondents, *v.* THOMAS H. BEECKMAN, Appellant.

*Fletcher* v. *Beeckman*, 117 App. Div. 910, affirmed.
(Argued March 30, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 5, 1907, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to recover for alleged fraud and deceit.

*Charles S. Simpkins* for appellant.

*George H. Fletcher, James H. Richards* and *Charles E. Lydecker* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

JOHN F. McCARTHY et al., Appellants, *v.* EDGAR H. HAZELWOOD, Respondent.

*McCarthy* v. *Hazelwood*, 125 App. Div. 909, affirmed.
(Argued March 30, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 12, 1908, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to compel specific performance of an alleged agreement to lease real property.

*Henry A. Powell* for appellants.

*Frederick N. Van Zandt* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.